RECEIVED
JUN 19 2000
CLERK, U.S. DIST. COURT
MINNEAPOLIS, MN

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Augustine Medical, Inc., a Minnesota corporation,

Plaintiff,

vs.

Nexair, LLC, a Tennessee limited liability company,

Defendant.

CASE NO. 00-CV-1109 DWF/AJB

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

Plaintiff, Augustine Medical, Inc. ("Augustine Medical") and Defendant Nexair LLC ("Nexair), file this Stipulation of Dismissal under Fed. R. Civ. P. 41(a)(1)(ii).

1. Plaintiff Augustine Medical filed a Complaint for Temporary and Preliminary Injunctive Relief against Nexair under theories of breach of contract, misappropriation of trade secrets and unfair competition. On May 1, 2000, Plaintiff served a copy of the Summons and Complaint on Nexair. Plaintiff disputed Defendant's intent to enter into contract with an Augustine Medical competitor, Mallinckrodt, Inc.

2. Augustine Medical and Nexair have now reached an amicable settlement of all the claims asserted by Augustine Medical against Nexair. Augustine Medical has agreed to dismissal of this suit voluntarily in compliance with and subject to the terms of the Settlement Agreement and General Release entered into by the parties on or about June 5, 2000. That Agreement is incorporated herein in its entirety, and compliance with the terms of the Agreement by all parties is a condition of this dismissal.

3. This case is not a class action, and a receiver has not been appointed.

FILED JUN 20 2000
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

4. This action is not governed by any statute of the United States that requires an order of the Court for dismissal of this case. However, the parties tender herewith a proposed order of dismissal in the interest of clarity and out of courtesy to the Court.

5. Augustine Medical and Nexair have agreed to a dismissal with prejudice of all pending claims, without costs to any party.

Dated: June 19, 2000

**OPPENHEIMER WOLFF & DONNELLY LLP**

By: ____________________

Edward C. Laine (#59535)
Ernest W. Grumbles (#274793)
3400 Plaza VII Building
45 South Seventh Street
Minneapolis, Minnesota 55402
Telephone: (612) 607-7000
Facsimile: (612) 607-7100

Randy Benham, #154726
Telephone: (612) 947-1200

**ATTORNEYS FOR PLAINTIFF AUGUSTINE MEDICAL, INC.**

Dated: June 16, 2000

**FAEGRE & BENSON LLP**

By: ____________________

John Edward Connelly (# 237656)
Faegre & Benson LLP
90 South Seventh Street
Minneapolis, Minnesota 55402
Telephone: (612) 336-3000
Facsimile: (612) 336-3026

**ATTORNEYS FOR DEFENDANT NEXAIR, LLC**

**ORDER**

Before the Court is the parties' above Stipulation for Dismissal with Prejudice, which is incorporated as if fully set forth herein. The Stipulation proposed by the parties appears reasonable and shall be entered as an order of this Court. Subject to all parties' compliance with the Settlement Agreement noted above, the matter is DISMISSED with prejudice, without costs to any party.

Dated: June 20, 2000

The Honorable Donovan W. Frank
United States District Judge

M2:20319091.01



TC2: 438817 v01 06/13/2000